IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------x
:
USA BANK                                        :         3:09 CV 519 (JGM)
                                                :
v.                                              :
                                                :
PARKVILLE PLAZA, LLC, ET AL.                    :         DATE: SEPTEMBER 16, 2010
                                                :
------------------------------------------------x

## THIRD SUPPLEMENTAL RULING ON DJB BUILDING & CONSTRUCTION, LLC'S MOTION FOR DEFAULT JUDGMENT

The factual and procedural history behind this litigation is set forth in considerable detail in this Magistrate Judge's Ruling on DJB Building and Construction, LLC's Motion for Default Judgment, filed July 9, 2010 (Dkt. #90)["July Ruling"], in the Supplemental Ruling on DJB Building & Construction, LLC's Motion for Default Judgment, filed August 12, 2010 (Dkt. #97)["August 12th Ruling"], and in the Second Supplemental Ruling on DJB Building & Construction, LLC's Motion for Default Judgment, filed August 31, 2010 (Dkt. #97)["August 31st Ruling"], familiarity with which is presumed.

The August 31st Ruling granted DJB's Motion for Default Judgment (Dkt. #83) and its Renewed Motion for Default Judgment (Dkt. #99) in the amount of $710,419.54 against Parkville and Mladen "[i]n light of the abundantly clear warnings that Parkville and Mladen received in the July Ruling and August [12th] Ruling." (At 3). The August 31st Ruling permitted Parkville and Mladen an opportunity to object to DJB's request for attorney's fees and costs until September 14, 2010. Parkville and Mladen have failed to file a brief in opposition. (See also Dkts. ##101-02).

Therefore, DJB's request for attorney's fees and costs is granted in the amount of $8,680. The Clerk's Office shall prepare an appropriate Judgment in the total amount of

$719,099.54 ($710,419.54 in damages plus $8,680 in attorney's fees) and thereafter close this file.

Dated at New Haven, Connecticut, this 16th day of September, 2010.

/s/ Joan G. Margolis, USMJ
Joan Glazer Margolis
United States Magistrate Judge